23060. RICKS v. THE STATE.

COOK, Justice. This case is controlled by the decision in *Kitchens v. State,* ante.

*Writ of error dismissed. All the Justices concur.*

ARGUED JULY 13, 1965—DECIDED SEPTEMBER 13, 1965.

*C. B. King,* for plaintiff in error.
*Billy G. Fallin, Solicitor,* contra.